UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Haverhill, Cascade, Dover, Elmira, High Forest, Kalmar, Orion, Pleasant Grove, Rochester, Rock Dell, Salem, Farmington, and New Haven Townships,

Plaintiffs,

vs.

County of Olmsted,

Defendant.

vs.

City of Rochester, Intervenor/Defendant.

Court File No. 01-1979 DWF/AJB

**STIPULATION FOR REMAND**
AND ORDER

---

The undersigned, as counsel for the respective parties in the above-captioned lawsuit, hereby stipulate to remand of this action from United States District Court, District of Minnesota, to Olmsted County District Court, State of Minnesota.

Dated: 11/28, 2001

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

Peter B. Tiede, #245094
Zenaida Chico, #299674
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
(651) 227-9411

Attorneys for Plaintiffs

NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11-21, 2001

MOEN LAW FIRM

Kenneth R. Moen

Kenneth R. Moen, # 74159
202 Riverside Building
400 South Broadway
Rochester, MN 55904
(507) 281-2437

Attorney for Plaintiffs

Dated: ______________, 2001

FREILICH, LEITNER & CARISLE

______________________________

Robert H. Freilich, #22314 - MO)
1150 One Main Plaza
4435 Main Street
Kansas City, MO 64111-7727
(816) 561-4414
Admitted Pro Hac Vice

Special Attorney for
Defendant-Intervenor City of Rochester

Dated: ______________, 2001

HOFF, BARRY & KUDERER
PROFESSIONAL ASSOCIATION

______________________________

George C. Hoff, #45846
Paula A. Callies, #201443
7901 Flying Cloud Drive, #260
Eden Prairie, MN 55344-5382
(952) 941-9220

Special Attorney for
Defendant-Intervenor City of Rochester

Dated: 11/21, 2001

HOFF, BARRY & KUDERER, P.A.

George C. Hoff, #45846
7901 Flying Cloud Drive #260
Eden Prairie, MN 55344
(952) 941-9220
and
Robert H. Freilich, #22314-MO
Freilich, Leitner & Carisle
1150 One Main Plaza
4435 Main Street
Kansas City, MO 64111-7727
(816) 561-4414
Admitted Pro Hac Vice
and
Terry L. Adkins, #215259
Rochester City Attorney
201 4th Street S.E., Room 247
Rochester, MN 55904-3780
(507) 285-8066

**Attorneys for Defendant-Intervenor City of Rochester**

Dated: Nov. 26, 2001

GREENE ESPEL, P.L.L.P.

John M. Baker, # 174403
Kevin Ross, #
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for Defendant County of Olmsted

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action is hereby remanded to Olmsted County District Court.

Dated: 11/29, 2001.

BY THE COURT:

484173